COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

John Foster DeRosier
14th JDC District Attorney
P. O. Box 3206
Lake Charles LA 70602-3206

Carla Sue Sigler
Assistant District Attorney
P. O. Box 3206
Lake Charles LA 70602

REHEARING ACTION: January 14, 2015

Docket Number: 14   01112-KW

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH R. PALERMO, JR.**

**Writ Application from Calcasieu Parish Case No. 17684-14**

BEFORE JUDGES:

Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by the **State of Louisiana** is:

REHEARING DENIED:  The district court's statements at the hearing
on October 14, 2014, did not constitute a consolidation order.

cc: Karl J. Koch, Counsel for the Applicant
Todd Samuels Clemons, Counsel for the Applicant
Allison U. Rovira, Counsel for the Applicant
Thomas Taylor Townsend, Counsel for the Applicant